STATE v. SHEPHARD

No. 186P83.

Case below: 61 N.C. App. 159.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 May 1983.

STATE v. STATON

No. 208P83.

Case below: 61 N.C. App. 225.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983.

STATE v. SWINSON

No. 222P83.

Case below: 61 N.C. App. 349.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 May 1983.

STATE v. TAYLOR

No. 161P83.

Case below: 60 N.C. App. 673.

Petitions by defendants and by additional defendant Moore for discretionary review under G.S. 7A-31 denied 31 May 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 May 1983.

STATE v. WOOD

No. 241P83.

Case below: 61 N.C. App. 446.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 May 1983.